Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Orlando Division

2021 OCT -4   AM 10: 39


MIDDLE DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | | |
|---|---|---|
| Jonathan Randall Walters | ) | Case No. 6:21-CV-1585-ORL-40-LRH |
| Plaintiff(s) | ) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) | Jury Trial: (check one) ☑ Yes ☐ No |
| -v- | ) ) ) | |
| City of Melbourne, Florida | ) ) | |
| Defendant(s) | ) ) ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jonathan R. Walters |
| Address | 5150 Dixie Hwy NE C3 |
| | Palm Bay, FL 32905 |
| County | Brevard |
| Telephone Number | 5059306125 |
| E-Mail Address | falcontechnician@yahoo.com |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Melbourne, Florida, |
| Job or Title *(if known)* | Mayor |
| Address | 900 East Strawbridge Avenue |
| | Melbourne, FL 32901 |
| County | Brevard |
| Telephone Number | 321-608-7000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  |           |        |          |
  |-----------|--------|----------|
  | *City*    | *State*| *Zip Code* |

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity   [ ] Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  |           |        |          |
  |-----------|--------|----------|
  | *City*    | *State*| *Zip Code* |

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  U.S. Constitution Article 4 Section 1

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

City of Melbourne Police Officer Blackmon Badge 4242 violated the US Constitution Article 4 Section 1 with malice upon the Plaintiff.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

City of Melbourne, Florida

B. What date and approximate time did the events giving rise to your claim(s) occur?

09/05/2021    1000 A.m.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

City of Melbourne Police Officer Blackmon Badge 4242 violated the US Constitution Article 4 Section 1 with malice upon the Plaintiff by willfully and wantonly disregarding said Article when Plaintiff told officer twice with paperwork in-hand that Plaintiff is lawful under New Mexico laws, as amended by the NM Governor concerning COVID concerning Plaintiffs utility trailer registration and issued criminal citation. During this exchange Plaintiff discovered officer Blackmon was:
1. Training a new officer in how to violate the US Constitution.
2. Dressed in full combat-tactical gear with 5.56 ammo banana clips adorned on chest plate.
3. Projected overreach of power to plaintiff causing plaintiff to fear for safety / life.
4. Caused DeFacto imprisonment by requiring plaintiff to address court personally
5. Caused significant financial harm to plaintiff vis restriction of movement / inability to continue relocation from NM to FL and caused complete loss of utility trailer.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Extreme psychological trauma incurred via a uniformed law enforcement officer willfully and maliciously and illegally cited plaintiff for unjust cause and in flagrant violation of the US Constitution while adorned in full combat tactical gear so as to deliberately instill fear in plaintiffs mind of safety / life. Happening during COVID, unable to acquire treatment.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Find for monetary damages -and- culpability of Officer Blackmon Badge 4242 for a follow-on criminal proceeding to address officer Blackmons deliberate disregard for the US Constitution and the intentional and deliberate instilling of fear-of-life unto the plaintiff via the ovfficers actions and inappropriate dress for the occasion.

Monetary damages as follows:
$2 million for willfully violating US Constitution while under the color of authority
$6 million as punitive award for all actions by this officer and the Melbourne police department for not conducting proper oversight of its force and the City of Melbourne for not conducting proper oversight of its law enforcement units & the financial / psychological harm willfully and with glee caused upon the plaintiff by the defendant.

Further:
This officer conducted himself criminally while under the color of law enforcement while training a new police officer in the mechanics of violating the US Constitution,with glee, as if to convey a sense to the plaintiff that this officer will handily succeed in his criminal endeavor in front of the Brevard County Courts.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/03/2021

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Jonathan Randall Walters

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
    City ___ State ___ Zip Code ___
Telephone Number _____
E-mail Address _____